## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

**DECAPOLIS SYSTEMS, LLC,**

     **Plaintiff,**

     **v.**

**CERNER CORPORATION,**

     **Defendant.**

**Case No. 6:21-cv-00496-ADA**

**JURY TRIAL DEMANDED**

## CERNER CORPORATION'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST VENUE-RELATED SET OF INTERROGATORIES (SUPPLEMENTING RESPONSE TO INTERROGATORY NO. 2)

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Court's Rules and Orders, Defendant Cerner Corporation ("Cerner") hereby provides its First Supplemental Objections and Responses to Plaintiff Decapolis Systems, LLC's ("Decapolis" or "Plaintiff") First Venue-Related Interrogatories (Nos. 1-5). In particular, Cerner hereby supplements its Response to Interrogatory No. 2.

## GENERAL OBJECTIONS

The following General Objections apply to all of Cerner's Responses. If Cerner specifically refers to a General Objection in a Response, all other General Objections still apply to that Response and are not waived.

A.    Cerner objects to Plaintiff's Interrogatories to the extent the Interrogatories seek information beyond that presently available to Cerner after a reasonable investigation. Cerner has not completed its discovery, investigation, research, and/or trial preparation. The following responses are based solely on the information that is presently available and specifically known to

Cerner. The following responses are given without prejudice to Cerner's right to produce evidence of any subsequently-discovered information. Cerner reserves the right to amend any and all responses herein as additional information is ascertained. Cerner's objections as set forth herein are made without prejudice to Cerner's right to assert any additional or supplemental objections should Cerner discover additional grounds for such objections.

B.     Cerner objects to Plaintiff's Interrogatories to the extent the Interrogatories seek information that is protected by the attorney-client privilege, work-product immunity, or any other applicable protection from discovery. It shall be understood that inadvertent disclosure of communications protected by any privilege shall not constitute a waiver of the applicable privilege, either as to those communications inadvertently revealed, or as to any other communications.

C.     Cerner objects to Plaintiff's Interrogatories' definitions and instructions to the extent they are broader than, or impose conditions, obligations or duties beyond those required by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the local rules, and/or other applicable law.

D.     Cerner objects to Plaintiff's Interrogatories to the extent they seek information that is not reasonably calculated to lead to the discovery of admissible evidence. By responding to an Interrogatory, Cerner is not conceding that the Interrogatory is relevant to the subject matter of this litigation or reasonably calculated to lead to the discovery of admissible evidence. Likewise, Cerner objects to Plaintiff's Requests to the extent they seek information regarding alleged acts of infringement by or performed on behalf of the federal government.  *See* 28 USC §1498.  Cerner expressly reserves the right to object to further discovery into the subject matter of these Interrogatories and to the introduction of these Interrogatories into evidence. Cerner also expressly reserves the right to challenge the authenticity, relevance, materiality, privilege, or admissibility

of the information provided in the documents identified and/or produced in response to these Interrogatories at any subsequent proceeding or trial.

      E.     Cerner objects to the Plaintiff's Interrogatories to the extent the Interrogatories seek trade secrets or other confidential or proprietary, commercial, or business information.  Cerner will produce such information, if requested and not otherwise objectionable, under the terms of the Protective Order entered in this case, when such an Order is entered by the Court.  Until such an Order is entered, Cerner will, to the extent reasonable, produce information as "Attorneys' Eyes Only" pursuant to Exhibit H-2 of the Local Rules of the Western District of Texas, which specifically limits disclosure of such information to "retained counsel for the parties in this litigation and their respective staff", as well as Judge Albright's June 24, 2021 Standing Order entitled "Order Governing Proceedings - Patent Cases," which indicates that prior to the entry of a Protective Order, an interim Protective Order will govern the disclosure of confidential information in this matter, wherein disclosures of documents or information marked with a confidentiality designation "shall be limited to each party's outside attorney(s) of record and the employees of such outside attorney(s)."

      F.     Cerner objects to Plaintiff's Interrogatories to the extent the Interrogatories seek information that is already in Plaintiff's possession, is publicly available, and/or is otherwise equally accessible to Plaintiff.

      G.     Cerner objects to Plaintiff's Interrogatories to the extent the Interrogatories seek information from or related to a time period beyond that relevant to the determination of the propriety of venue the present action.

3

H.     Cerner objects to Plaintiff's Interrogatories to the extent a response would be unduly burdensome and expensive, taking into account the needs of the case, and its importance to the relevant issues.

I.     The lack of a specific objection by Cerner to a particular, individual Interrogatory shall not be construed as an admission that responsive information exists.

J.     Cerner objects to Plaintiff's Instructions as overly broad, unduly burdensome, and calling for information neither relevant nor reasonably calculated to lead to the discovery of relevant information, to the extent they request that Cerner "Identify each and every person who participated in supplying information and/or drafting your response or any part thereof."

K.     Cerner objects to Plaintiff's Instructions as overly broad, unduly burdensome, and calling for information neither relevant nor reasonably calculated to lead to the discovery of relevant information, to the extent they request that "If the answer to any of these Interrogatories was made by referring to or reviewing any documents, identify each and every document referred to or reviewed and the Interrogatory or Interrogatories in connection with which they were used"

L.     Cerner objects to Plaintiff's Instructions, Definitions, and Interrogatories to the extent they request "any" or "all" facts, documents, persons, things, etc. as overly broad and unduly burdensome as such an instruction, literally interpreted, is impossible to comply with and not reasonably calculated to lead to the discovery of admissible evidence.

M.     Cerner objects to Plaintiff's Instructions, Definitions, and Interrogatories as overly broad and unduly burdensome to the extent they seek the identification of "each and every document prepared by, or in the possession, custody, or control of you or any of your officers, agents, or employees that relates to or refers to the subject matter of the Interrogatory in question," as such an instruction, literally interpreted, is impossible to comply with and not reasonably

calculated to lead to the discovery of admissible evidence.  Cerner will identify all responsive documents in its possession, custody, or control after conducting a reasonably diligent investigation.

N.      Cerner objects to Plaintiff's  Instructions, Definitions, and Interrogatories as overly broad and unduly burdensome to the extent they call for Cerner to consult "every source of information … regardless of whether the source is within [Cerner's] immediate possession or control" and "[a]ll documents or other information in the possession of experts or consultants". Cerner will perform a reasonably diligent investigation and consult sources within its possession, custody, or control.

O.      Cerner objects Plaintiff's definition of "You" and "Your" as overly broad, unduly burdensome, and calling for information neither relevant nor reasonably calculated to lead to the discovery of relevant information, to the extent it encompasses "all officers, directors, employees, agents, attorneys, representatives or any other person acting on their behalf or on behalf of any one of them at any time."  The responses provided herein are made on behalf of Cerner and not for any other entities or individuals.

P.      Cerner objects to Plaintiff's definition of "relating to" as overly broad, unduly burdensome, and not proportional to the needs of the case.

Q.      Cerner objects to Plaintiff's definition of "document" as vague and ambiguous to the extent it includes "all other records and papers of any nature whatsoever".

R.      Cerner objects to Plaintiff's definition of "Any reference to a specifically named person, corporation or other entity and any reference generally to 'person'" as overly broad, unduly burdensome, and calling for information neither relevant nor reasonably calculated to lead to the

discovery of relevant information, to the extent it encompasses "other persons acting on behalf thereof or through whom the referenced person acts".

S.   Cerner objects to Plaintiff's definition of "Accused Products" as vague and ambiguous, overly broad, and unduly burdensome to the extent it includes "all products that are reasonably similar in operation and functionality" and places the burden on Cerner to determine which, if any, of its products or solutions are "reasonably similar in operation and functionality" to those specifically identified by Plaintiff. Cerner further objects to the definition as vague and ambiguous, overly broad, and unduly burdensome to the extent it calls for "products, systems, and/or services … as identified in the operative Complaint, in Plaintiff's Infringement Contentions, or otherwise noticed in this litigation." At the time these Interrogatories were served, Plaintiff had not served any Infringement Contentions, and it is unclear what "otherwise noticed" means.

T.   Cerner objects to Plaintiff's definition of "Asserted Patents" to the extent it calls for patents "identified in … Plaintiff's Infringement Contentions, or otherwise noticed in this litigation." At the time these Interrogatories were served, Plaintiff had not served any Infringement Contentions, and it is unclear what "otherwise noticed" means.

Cerner asserts each General Objection above in response to each of the responses and incorporates them into each response as if explicitly stated therein. Subject to, and without waiving, these general objections, Cerner specifically respond as follows:

### SPECIFIC OBJECTIONS AND RESPONSES TO INTERROGATORIES

**VENUE INTERROGATORY NO. 1:**

For each employee that resides in the Western District of Texas, please provide the following:
    (i)      the name of each such individual;
    (ii)     the city or town in the Western District of Texas in which each such individual currently resides;
    (iii)    the length of time in years that each such individual has been employed by You;
    (iv)    the job title of each such individual; and

(v)      the job description for each such individual.

**ANSWER:**

Cerner incorporates each of the foregoing objections to this response.  The following responses are based solely on the information that is presently available and specifically known to Cerner. The following responses are given without prejudice to Cerner's right to produce evidence of any subsequently-discovered facts.

Subject to and without waiving the foregoing objections, Cerner responds as follows:

Cerner has identified each of its employees in the Western District of Texas.  This information is provided in a chart attached hereto as Exhibit A.

Cerner expressly reserves the right to supplement, amend, and/or modify this response as its investigation of this matter and collection of discoverable material is on-going.


**VENUE INTERROGATORY NO. 2:**

As of the date of filing of the Original Complaint in this matter, please identify with specificity any and all servers, computers, electronic storage facilities, physical storage facilities, warehouses, hardware, equipment, and/or software which are: (i) located in the Western District of Texas, and (ii) either owned by You, under Your supervision and control, or leased by You.

**ORIGINAL ANSWER – AUGUST 16, 2021:**

Cerner incorporates each of the foregoing objections to this response.  Cerner objects to this Interrogatory as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence to the extent that it seeks "any and all servers, computers, electronic storage facilities, physical storage facilities, warehouses, hardware, equipment, and/or software".  Cerner objects to this Request because the terms "hardware" and "equipment" are vague and ambiguous and fail to describe with particularity the information being sought.  Cerner further objects to this Interrogatory as vague and ambiguous as to the scope and meaning of the

phase "under Your supervision and control".  Cerner understands "under Your supervision and control" to mean managed and maintained by Cerner personnel. Cerner further objects to this Interrogatory as vague and ambiguous to the extent it seeks "software…located in the Western District of Texas".  Cerner understands "software…located in the Western District of Texas" to mean software hosted on and operated from a server or other equipment located in the Western District of Texas.  The following responses are based solely on the information that is presently available and specifically known to Cerner.  The following responses are given without prejudice to Cerner's right to produce evidence of any subsequently-discovered facts.

Subject to and without waiving the foregoing objections, Cerner responds as follows:

Cerner is not aware of any servers, electronic storage facilities, physical storage facilities, or warehouses located in the Western District of Texas that are owned, operated, or leased by Cerner.  Cerner is not aware of any Cerner-owned software that is hosted on and operated from a server or other equipment located in the Western District of Texas.

Cerner generally provides laptops to each of its employees, including those who reside in and/or work from the Western District of Texas.  Accordingly, each of the employees identified in Interrogatory Number 1 likely has a Cerner-owned laptop in their possession to use for work purposes.

Cerner expressly reserves the right to supplement, amend, and/or modify this response as its investigation of this matter and collection of discoverable material is on-going.

**FIRST SUPPLEMENTAL ANSWER – SEPTEMBER 24, 2021**

Cerner incorporates its prior general and specific objections into this supplemental Response.  Subject to and without waiving those objections, Cerner supplements its original Response to this Interrogatory as follows:

Cerner has identified hardware (including servers, load balancers, routers, and power switches) that is owned by Cerner and located in the Western District of Texas. This information is provided in a chart attached hereto as Exhibit B. Each piece of hardware is located on a Cerner client site, as listed in Exhibit B. This hardware is necessary for the provision of Cerner's Remote Hosting Option (RHO) services, wherein Cerner remotely hosts software and the client's data at data centers located outside the Western District of Texas, and/or for the provision of certain software solutions that require hardware to be in close proximity to the client-site or specific medical devices located thereon.

Such software solutions, which may potentially be running on one or more of the servers listed in Exhibit B, are: 724 Downtime Viewer; CareAware Multi-Media; AX/Document Imaging; SOAD/Socket Adapter; and Fetalink.

WTS Toolkit software is necessary for the provision of Millennium applications via Cerner's Remote Hosting Option services, and thus may also be present on one or more of the servers listed in Exhibit B. Cerner expressly reserves the right to supplement, amend, and/or modify this response as its investigation of this matter and collection of discoverable material is on-going.

**VENUE INTERROGATORY NO. 3:**

As of the date of filing of the Original Complaint in this matter, please identify with specificity each and every individual or entity located in the Western District of Texas with whom You have a contractual relationship to provide goods and/or services to You, on Your behalf, or for Your economic benefit, in the Western District of Texas. By way of example, and not as a limiting definition, responsive information under this Interrogatory would include, for example: (i) independent service contractors, and/or (ii) third party entities such as server hosts and the like who provide electronic equipment (such as servers or electronic storage) used by You in providing services to Your customers.

**ANSWER:**

Cerner incorporates each of the foregoing objections to this response. Cerner objects to this Interrogatory as overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, especially to the extent that it calls for the identification of "each and every individual or entity."  Cerner objects to this Interrogatory as vague and ambiguous to extent it calls for identification of "each and every individual or entity located in the Western District of Texas." Cerner objects to this Interrogatory as vague and ambiguous to extent it refers to "provid[ing] goods and/or services … in the Western District of Texas."  Cerner objects to this Interrogatory as vague and ambiguous as the scope of "for Your economic benefit" is not defined, and the phrase fails to describe with particularity the information being sought.  The following responses are based solely on the information that is presently available and specifically known to Cerner. The following responses are given without prejudice to Cerner's right to produce evidence of any subsequently-discovered facts.

Subject to and without waiving the foregoing objections, Cerner responds as follows:

At the present time, Cerner is not aware of any entities located in the Western District of Texas that supply goods to Cerner or on behalf of Cerner to places located within the Western District of Texas.

Cerner expressly reserves the right to supplement, amend, and/or modify this response as its investigation of this matter and collection of discoverable material is on-going.

**VENUE INTERROGATORY NO. 4:**

Identify each employee residing in the Western District of Texas by name, title, residential address, and office address whom You may call at trial in this matter.

**ANSWER:**

10

Cerner incorporates each of the foregoing objections to this response.  The following responses are based solely on the information that is presently available and specifically known to Cerner. The following responses are given without prejudice to Cerner's right to produce evidence of any subsequently-discovered facts.

Subject to and without waiving the foregoing objections, Cerner responds as follows:

At the present time, Cerner is not aware of any employee residing in the Western District of Texas that Cerner may call at trial in this matter.

Cerner expressly reserves the right to supplement, amend, and/or modify this response as its investigation of this matter and collection of discoverable material is on-going.


**VENUE INTERROGATORY NO. 5:**

Identify the manner in which Your employees may access and obtain copies (electronic or paper) of documents relevant to the accused instrumentalities as identified in the Original Complaint in this matter.

**ANSWER:**

Cerner incorporates each of the foregoing objections to this response.  Cerner objects to this Interrogatory as overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence.  Cerner objects to this Interrogatory as vague and ambiguous because "accused instrumentalities" is undefined. Cerner will interpret "accused instrumentalities" to mean the Accused Products identified in the original Complaint (Dkt. No. 1).  Cerner objects to this Interrogatory as vague and ambiguous because the scope of the term "Your employees" is not defined, and potentially refers to any and all Cerner employees, no matter where located, who may have no connection to the subject matter of the present litigation. Cerner objects to this Interrogatory as vague and ambiguous because the scope of "documents relevant to the accused

instrumentalities" is unclear. Cerner will interpret "documents relevant to the accused instrumentalities" to mean documents containing information about the Accused Products that is relevant to the present lawsuit. Cerner objects to this Interrogatory as vague and ambiguous because the meaning and scope of phrase "the manner in which Your employees may access and obtain copies of documents" is unclear. The following responses are based solely on the information that is presently available and specifically known to Cerner. The following responses are given without prejudice to Cerner's right to produce evidence of any subsequently-discovered facts.

Subject to and without waiving the foregoing objections, Cerner responds as follows:

The vast majority of electronic documents regarding the Accused Products can be found on an internal corporate network hosted in the Kansas City, Missouri area. Information about the Accused Products may also be available via Cerner's Sharepoint corporate intranet hosted, on Cerner's behalf, by Microsoft Corporation. These corporate resources are how employees with relevant knowledge of the Accused Products would generally find, access, and obtain such documents. To the extent that any exist, physical documents regarding the Accused Products would generally be located in physical storage in Kansas City, Missouri. Accordingly, an employee would need to physically access that storage space to review or obtain those documents.

Cerner expressly reserves the right to supplement, amend, and/or modify this response as its investigation of this matter and collection of discoverable material is on-going.

Dated:  September 24, 2021          */s/  Fiona A. Bell*
                                  Robert H. Reckers (TX Bar No. 24039520)
                                  Email: rreckers@shb.com
                                  Fiona A. Bell (TX Bar No. 24052288)
                                  Email: fbell@shb.com
                                  **SHOOK, HARDY & BACON L.L.P.**
                                  600 Travis Street, Suite 3400
                                  Houston, TX 77002
                                  (713) 227-8008
                                  Fax: 713-227-9508

                                  ***Counsel for Defendant***
                                  ***Cerner Corporation***

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to the Federal Rules of Civil Procedure and Local Rules, I hereby certify that on

the 24th day of September, 2021, I served the foregoing to the following counsel of record via the

e-mail addresses shown below:

M. Scott Fuller
Email: sfuller@ghiplaw.com

Rene A. Vazquez
Email: rvazquez@ghiplaw.com

Randall T. Garteiser
Email: rgarteiser@ghiplaw.com


*/s/ Fiona A. Bell*
Fiona A. Bell

Exhibit A

| Name | Job Title | Home City | Service (Years) | Job Description |
|---|---|---|---|---|
| Karl Kiessling | Senior Manager, Client Application Services | Midland | 4.78 | Provide onsite leadership for associates involved in development, design, and optimization of technical information system platforms for ITWorks clients. |
| David Booth | Senior System Engineer | Odessa | 2.92 | Perform daily tasks to verify system integrity and availability, provide onsite leadership for associates, support installation and maintenance of Cerner solutions, and provide Tier III and other support per request |
| Anusha Donepudi | Software Engineer I | Odessa | 2.92 | Code, test, and debug new software and make enhancements to existing software |
| Brad Dummer | Senior System Security Engineer | Midland | 2.92 | Lead the development of business continuity and disaster recovery plans, process, and procedures, perform system maintenance tasks, and manage security solutions and other Cerner activities |
| Genoveva Franco | Executive Assistant | Odessa | 2.92 | Assist with administrative tasks on behalf of executives, including calendar management, preparing a range of routine and non-routine materials for executives, timesheet and expense submission, and travel arrangements |
| Victor Gonzalez | Senior Asset Specialist | Odessa | 2.92 | Manage internal or external inquiries, service requests, and escalations, receive and process purchased or returned equipment |
| Natalie Helms | Project Manager | Odessa | 2.92 | Facilitate project implementation, support a team, and manage interdependencies or dependencies between projects or programs |
| Clinton Keene | System Engineer I | Odessa | 2.92 | Perform daily tasks to verify system integrity and availability, perform ongoing performance tuning, hardware/OS upgrades, and resource optimization, deploy physical and virtual servers, and provide Tier III and other support per request |
| Cyle Mansell | Delivery Consultant III | Odessa | 2.92 | Consult with clients on current workflows and configuration, upgrade implications, system changes and enhancements, and ongoing system maintenance |
| Joe McBride | Senior Solution Architect | Odessa | 2.92 | Guide clients through current workflows, upgrades, system changes and enhancements and ongoing system maintenance and act as primary consultant for troubleshooting |
| Rob O'Daniel | Delivery Consultant III | Odessa | 2.92 | Consult with clients on current workflows and configuration, upgrade implications, system changes and enhancements, and ongoing system maintenance |
| Clemens Pangan | Senior Integration Architect | Odessa | 2.92 | Manage client relationships and develop strategies for design, system validation, and integration, and serve as final point of escalation |
| Beverly Parsons | Senior Solution Architect | Odessa | 2.92 | Guide clients through current workflows, upgrades, system changes and enhancements and ongoing system maintenance and act as primary consultant for troubleshooting |
| Clark Peppentenzza | Network Engineer II | Odessa | 2.92 | Design, install, and maintain local area network, wide area network, and wireless network components and maintain hardware components, including firewalls, load balancers, routers, switches and access points |
| Alex Rayo | Senior System Engineer | Odessa | 2.92 | Perform daily tasks to verify system integrity and availability, support installation and maintenance of Cerner solutions, layered software, and infrastructure, and provide Tier III and other support per request |
| Ricardo Ruvalcaba | Support Technician II | Odessa | 2.92 | Provide routine and non-routine technical support and manage team and personal ticket queues for issues and requests |
| Russell White | Manager, Client Technology Services | Midland | 2.92 | Manage team of associates, participate in financial planning and technology and security infrastructure assessments for the client, and manage development and delivery of services and technology to clients |
| Dwayne Williford | Support Technician II | Odessa | 2.92 | Provide routine and non-routine technical support and manage team and personal ticket queues for issues and requests |
| Michael Yandrich | Software Engineer IV | Odessa | 2.92 | Lead the architecture, development, and maintenance of solutions or platforms, participate in architecture discussions, design sessions and code reviews, and code for projects |
| Kyle Brown | Project Manager | Odessa | 2.91 | Facilitate project implementation, support a team, and manage interdependencies or dependencies between projects or programs |
| Kennzy Smith | Senior Team Lead, End User Support | Midland | 2.91 | Manage the operations of associates assigned to perform solution-related service request investigation, incident resolution, and application maintenance and manage the creation and maintenance of knowledge databases to support business processes |
| Michael Kikuchi | Support Technician I | Odessa | 2.91 | Provide routine technical support and perform specific hardware and software maintenance |
| Meriani Babatope | Clinical Informaticist I | Odessa | 2.09 | Evaluate clinical utilization and workflow and provide clinical input during the application system review, design, development, testing and enhancement of information systems |

| Cesar Payen | Support Technician I | Odessa | 2.01 | Provide routine technical support and perform specific hardware and software maintenance |
| Pete Hottenstein | Manager, Portfolio Management | Midland | 1.89 | Manage team of associates, direct and review team's work, propose quality and process improvement initiatives, and provide input on strategic initiatives at the department-level |
| William Tennison | Support Technician I | Odessa | 1.98 | Provide routine technical support and perform specific hardware and software maintenance |
| Donavon Baeza | Delivery Consultant II | Odessa | 1.41 | Consult with clients on current workflows and configuration, upgrade implications, system changes and enhancements, and ongoing system maintenance |
| Christian Lomague | Support Technician I | Odessa | 1.24 | Provide routine technical support and perform specific hardware and software maintenance |
| Matt Horstman | Senior Manager, Client Engagement Management | San Antonio | 6.00 | Manage one or more teams of associates, direct and review team's work, propose quality and process improvement initiatives, and provide input on strategic initiatives at the department-level |
| Mark Privitera | Director & Upstream Product Marketer | Austin | 4.07 | Identify and translate market needs into product innovation requirements |
| Shawna Fugler | Senior Healthcare Executive | Austin | 4.25 | Provide executive oversight to projects and direct the overall adoption activities and relationship in partnership with the internal and client leadership teams |
| Jay Giri | Database Administrator I | Killeen | 4.14 | Install and upgrade database software and implement and maintain database security |
| Adam Alvarado | Integrated Technologies Owner | San Antonio | 4.09 | Direct and support a team of associates responsible for delivering the technical aspects of a client implementation project and facilitate status meetings with clients around the technical components of the project |
| Matthew Ruebel | Director, Client Engagement Management | Austin | 19.08 | Take appropriate action to prevent and report any compromises of security within scope of position |
| Lisa Parmelee | Lead Services Sales Lead | Austin | 18.60 | Consult with prospective or current clients, perform sales work, and participate in contract negotiations |
| Natalie Riels | Senior Manager, Solution Integration | Austin | 17.76 | Manage one or more of associates, direct and review team's work, propose quality and process improvement initiatives, and provide input on strategic initiatives at the department-level |
| Eafong Tsien | Senior Manager, Solution Integration | Austin | 16.99 | Manage one or more of associates, direct and review team's work, propose quality and process improvement initiatives, and provide input on strategic initiatives at the department-level |
| Corey Elledge | Senior Business Operations Analyst | Austin | 12.24 | Manage operational support processes for a team responsible for delivering business process outcomes including the people, data processes, and financial investments |
| Mark Jarrell | Senior Manager, Solution Integration | Austin | 12.16 | Manage one or more of associates, direct and review team's work, propose quality and process improvement initiatives, and provide input on strategic initiatives at the department-level |
| Meagan Grantham | Lead Process Consultant | San Antonio | 10.59 | Manage large-scale, cross-functional projects to deliver new or significantly change existing solutions, services, or programs |
| Nick Abrutz | Senior Engagement Owner | Austin | 10.55 | Manage a team of associates, manage client projects in environments with a high degree of variability, and act as an escalation point for client and project risks |
| Emily Mayhan | Senior Learning Designer | Austin | 8.82 | Design and develop content for blended learning and behavior change in a variety of applications and coordinate with team of subject matter experts, multi-media developers, and others to provide effective and engaging instruction that builds motivation and ability |
| Justin White | Senior Support Services Owner | Austin | 8.71 | Manage external client relationships with a high degree of variability, develop continuous improvement strategies, and act as the single point of contact for cross-organizational support escalations |
| Madhura Suresh | Software Engineer III | Austin | 7.58 | Analyze, design, code, debug, test, and modify new software or enhancements |
| Cara Campos | Director, Financial Alignment | Austin | 7.67 | Take appropriate action to prevent and report any compromises of security within scope of position |
| Jeff Spangler | Senior Integrated Technologies Consultant | San Antonio | 7.39 | Guide internal and external project teams through technical architecture recommendations in client environments and act as a final point of escalation for technical and deployment issue resolution |
| Scott McGee | Consultant II | San Antonio | 7.31 | Consult with clients on comprehensive service line workflows and work with client to map out stop-start-continue processes to determine how the system will be designed and tested |
| Michael Blake | Delivery Consultant II | El Paso | 7.28 | Consult with clients on current workflows and configuration, upgrade implications, system changes and enhancements, and ongoing system maintenance |
| Tracy Parker | Lead Revenue Cycle Architect | San Marcos | 6.52 | Lead revenue cycle integration, workflow, and technical design for multiple client engagements and manage associate activity |
| Sherman Darius | Software Engineer IV | Del Rio | 6.52 | Code for high-risk projects, lead the architecture, development and maintenance of a solution or platform, and provide direction in architecture discussions, design sessions, and code reviews |
| Curtis Davis | Senior Solution Architect | Austin | 6.52 | Guide clients through current workflows, upgrades, system changes and enhancements, and ongoing system maintenance |

| Karen Romans | Lead Solution Architect | Austin | 6.52 | Guide clients through current workflows, upgrades, system changes and enhancements, and ongoing system maintenance |
| --- | --- | --- | --- | --- |
| Samantha Hagy | Consultant III | Austin | 6.23 | Consult with clients on service line workflow and guide them through interdependencies and design decision impacts |
| Binyam Tadesse | System Engineer I | Austin | 4.81 | Perform daily tasks to verify system integrity and availability, perform ongoing performance tuning, hardware/OS upgrades, and resource optimization, deploy physical and virtual servers, and provide Tier III and other support per request |
| Taylor Leavitt | Consultant III | New Braunfels | 5.05 | Consult with clients on service line workflow and guide them through interdependencies and design decision impacts |
| Katrina Anstrom | Consultant III | Austin | 4.81 | Consult with clients on service line workflow and guide them through interdependencies and design decision impacts |
| Zacaree Everhart | Consultant I | Austin | 3.42 | Consult with clients on core service line workflows and work with client to map out stop-start-continue processes to determine how the system will be designed and tested |
| Daniel Chase | Software Engineer IV | San Antonio | 2.28 | Lead the architecture, development, and maintenance of solutions or platforms, participate in architecture discussions, design sessions and code reviews, and code for projects that have solution dependencies within and outside current team |
| Jerry Judson | Integrated Technologies Architect | San Antonio | 1.64 | Manage integrated technology deployment of hardware, software, and services with solution consulting teams |
| Kyle Watson | Test Automation Engineer II | San Marcos | 1.59 | Develop, maintain, and execute automation tests as well as develop and maintain test automation architecture and frameworks |
| Harsha Modali | Software Engineer I | Austin | 1.09 | Code, test, and debug new software and make enhancements to existing software |
| Angela Lee | Lead Sales Executive | Austin | 1.42 | Plan and execute sales strategies and build and maintain strategic partnerships across client organizations |
| Shubham Dhyani | Software Engineer I | Austin | 0.66 | Code, test, and debug new software and make enhancements to existing software |
| Abhinay Chintalapati | Software Engineer I | Austin | 0.54 | Code, test, and debug new software and make enhancements to existing software |
| Ivan Ayala | Lead Federal Information Systems Security Engineer | Austin | 0.63 | Design and engineer system security solutions and collaborate with internal and external stakeholders to analyze, define, and validate functional and legal/regulatory system security controls and requirements |
| Madhukar Allu | Software Engineer I | Austin | 0.59 | Code, test, and debug new software and make enhancements to existing software |
| BhanuPrakash Muppalla | Software Engineer I | Austin | 0.59 | Code, test, and debug new software and make enhancements to existing software |
| Naman Munot | Software Engineer I | Austin | 0.59 | Code, test, and debug new software and make enhancements to existing software |
| D'Nita Isaac | Learning Consultant I | El Paso | 0.59 | Develop learning curriculum, evaluate learning solution effectiveness, and conduct training and coaching |
| Claudia Mayfield | Federal Learning Specialist | Austin | 0.39 | Provide educational materials, training, and end-user support for Cerner solutions for federal client projects |
| Caley Richardson | Federal Learning Specialist | San Antonio | 0.33 | Provide educational materials, training, and end-user support for Cerner solutions for federal client projects |
| Lashante Sherman | Senior Federal Learning Specialist | San Antonio | 0.21 | Provide educational materials, training, and end-user support for Cerner solutions for federal client projects |
| Akeem Berry | System Engineer I | Killeen | 7.83 | Perform daily tasks to verify system integrity and availability, perform ongoing performance tuning, hardware/OS upgrades, and resource optimization, deploy physical and virtual servers, and provide Tier III and other support per request |
| Jithin Jose | Test Analyst | San Antonio | 2.53 | Create and assist in the development of manual, automated, and exploratory tests, evaluate testing effectiveness on client-reported defects in conjunction with root cause analysis, and provide improvement feedback in the testing process |
| JT Thompson | Technical Solution Analyst I | Killeen | 1.43 | Perform troubleshooting investigations via front-end and back-end methods |

Exhibit B

| Company | Serial Number | Product Category Tier 2 | Product Category Tier 3 | Manufacturer | Product |
|---|---|---|---|---|---|
| AHAU_TX-Seton Family of Hospitals | MXQ61905BK | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ61905BF | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ61905BL | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ023033B | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen10 |
| AHAU_TX-Seton Family of Hospitals | MXQ023033D | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen10 |
| AHAU_TX-Seton Family of Hospitals | MXQ023033C | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen10 |
| AHAU_TX-Seton Family of Hospitals | MXQ73807S5 | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ73807S8 | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ73807S6 | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ73807S7 | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ73905SV | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ61306G0 | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ63908FN | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |

| AHAU_TX-Seton Family of Hospitals | MXQ54003N5 | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
|---|---|---|---|---|---|
| AHAU_TX-Seton Family of Hospitals | MXQ54003N6 | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ63908FM | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ928036N | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen10 |
| AHAU_TX-Seton Family of Hospitals | USE132NBV7 | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 G7 |
| AHAU_TX-Seton Family of Hospitals | USE109N295 | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 G7 |
| AHAU_TX-Seton Family of Hospitals | USE109N29D | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 G7 |
| AHAU_TX-Seton Family of Hospitals | USE145K72D | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 G7 |
| AHAU_TX-Seton Family of Hospitals | 42075032-34A5-FBA6-C712E8EF8A81 | Network | Load Balancer | F5 Networks | BIG-IP Virtual Edition |
| AHAU_TX-Seton Family of Hospitals | 42087C5A-323D-01D7-98986CDFB0AB | Network | Load Balancer | F5 Networks | BIG-IP Virtual Edition |
| AHAU_TX-Seton Family of Hospitals | 42085000-631B-AD14-C92C93BECDD7 | Network | Load Balancer | F5 Networks | BIG-IP Virtual Edition |
| AHAU_TX-Seton Family of Hospitals | 4207FA66-5B0E-5AC4-E297233703F1 | Network | Load Balancer | F5 Networks | BIG-IP Virtual Edition |
| AHAU_TX-Seton Family of Hospitals | 4208B55E-F1A3-0106-6CD1E156F0E0 | Network | Load Balancer | F5 Networks | BIG-IP Virtual Edition |

| | | | | | |
|---|---|---|---|---|---|
| AHAU_TX-Seton Family of Hospitals | 42083FB8-573C-B9AD-169AE23D9497 | Network | Load Balancer | F5 Networks | BIG-IP Virtual Edition |
| AHAU_TX-Seton Family of Hospitals | MXQ63902KR | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ63902KL | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ63902KJ | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ63902KM | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ63902KP | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ63902KQ | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ90101YK | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen10 |
| AHAU_TX-Seton Family of Hospitals | MXQ90101YL | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen10 |
| AHAU_TX-Seton Family of Hospitals | MXQ90101YM | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen10 |
| AHAU_TX-Seton Family of Hospitals | MXQ82104KV | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ82104KT | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ82103H5 | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | MXQ82103H3 | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| AHAU_TX-Seton Family of Hospitals | USE115N0DR | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 G7 |

| | | | | | |
|---|---|---|---|---|---|
| GNRL_TX-University Medical Center of El Paso | FJC1925D01Q | Network | Router | Cisco Systems | 3925 Series |
| GNRL_TX-University Medical Center of El Paso | FJC1925D07Q | Network | Router | Cisco Systems | 3925 Series |
| GNRL_TX-University Medical Center of El Paso | FTX1218A428 | Network | Router | Cisco Systems | 3825 Series |
| GNRL_TX-University Medical Center of El Paso | MXQ70100MN | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| GNRL_TX-University Medical Center of El Paso | MXQ70100ML | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| GNRL_TX-University Medical Center of El Paso | MXQ70100MM | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| GNRL_TX-University Medical Center of El Paso | MXQ51202L8 | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360p Gen8 |
| GNRL_TX-University Medical Center of El Paso | MXQ613057L | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| GNRL_TX-University Medical Center of El Paso | MXQ74405Y9 | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| GNRL_TX-University Medical Center of El Paso | 4208BB01-1C01-ECAD-E689E9BB6E8E | Network | Load Balancer | F5 Networks | BIG-IP Virtual Edition |
| GNRL_TX-University Medical Center of El Paso | 4208F057-1366-9BDD-6E79DEBE4988 | Network | Load Balancer | F5 Networks | BIG-IP Virtual Edition |
| GNRL_TX-University Medical Center of El Paso | MXQ51202KN | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360p Gen8 |
| GNRL_TX-University Medical Center of El Paso | MXQ51202KG | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360p Gen8 |
| GNRL_TX-University Medical Center of El Paso | MXQ51202KB | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360p Gen8 |

| | | | | | |
|---|---|---|---|---|---|
| GNRL_TX-University Medical Center of El Paso | USE523RLEJ | Server | Physical | Hewlett Packard Enterprise | ProLiant DL160 Gen8 |
| GNRL_TX-University Medical Center of El Paso | MXQ72201HF | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| GNRL_TX-University Medical Center of El Paso | MXQ72201HC | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| GNRL_TX-University Medical Center of El Paso | MXQ72201HD | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| GNRL_TX-University Medical Center of El Paso | 01-65-0103080192 | Network | Power Switch | WTI | RSM-8 |
| GNRL_TX-University Medical Center of El Paso | 01-65-0124080346 | Network | Power Switch | WTI | RSM-8 |
| GNRL_TX-University Medical Center of El Paso | 01-67-0301080266 | Network | Power Switch | WTI | IPS-800 |
| GNRL_TX-University Medical Center of El Paso | 01-67-0324080472 | Network | Power Switch | WTI | IPS-800 |
| GNRL_TX-University Medical Center of El Paso | USE517P62B | Server | Physical | Hewlett Packard Enterprise | ProLiant DL160 Gen8 |
| GWHO_TX-Bosque County Hospital District DBA Goodall-Witcher Hospita | 1.65083E+12 | Network | Power Switch | WTI | RSM-8 |
| GWHO_TX-Bosque County Hospital District DBA Goodall-Witcher Hospita | FTX1734AH22 | Network | Router | Cisco Systems | 2911 Series |
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | MXQ54602SJ | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | MXQ5410664 | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | MXQ5410663 | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | MXQ816058M | Server | Physical | Hewlett Packard Enterprise | ProLiant DL380 Gen9 |

| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | MXQ816058N | Server | Physical | Hewlett Packard Enterprise | ProLiant DL380 Gen9 |
|---|---|---|---|---|---|
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | MXQ7150BKW | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | MXQ51600CH | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360p Gen8 |
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | MXQ51600CX | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360p Gen8 |
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | USB545203G | Storage | Fiber Channel Switch | Brocade Communication Systems | 6505 |
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | 422FF8C1-DE27-B6E4-38EA76493071 | Network | Load Balancer | F5 Networks | BIG-IP Virtual Edition |
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | 422FA5C6-C3D4-2B63-710CD7234FA7 | Network | Load Balancer | F5 Networks | BIG-IP Virtual Edition |
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | MXQ542069S | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | MXQ542069P | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | MXQ546068G | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | USB545203A | Storage | Fiber Channel Switch | Brocade Communication Systems | 6505 |
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | MXQ5400414 | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | MXQ5400415 | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |

| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | MXQ61303YC | Server | Physical | Hewlett Packard Enterprise | ProLiant DL360 Gen9 |
|---|---|---|---|---|---|
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | FCH2226V6BX | Server | Physical | Cisco Systems | UCS C220 M4 |
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | FCH1947V127 | Server | Physical | Cisco Systems | UCS C220 M4 |
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | FCH2226V6C4 | Server | Physical | Cisco Systems | UCS C220 M4 |
| MCH_TX-0575-Ector County Hospital District/Medical Center Health System | FCH2226V5G2 | Server | Physical | Cisco Systems | UCS C220 M4 |
| HHSC_TX-Health and Human Services Commission | 422F6E6E-06DF-3A8E-CB1ADFD3E7B5 | Network | Load Balancer | F5 Networks | BIG-IP Virtual Edition |
| HHSC_TX-Health and Human Services Commission | 422F1431-8B5B-D374-AAC5C749CF4F | Network | Load Balancer | F5 Networks | BIG-IP Virtual Edition |
| HHSC_TX-Health and Human Services Commission | 18471926 | Server | Physical | Multi-Tech | FaxFinder 840 |
| HHSC_TX-Health and Human Services Commission | 18471970 | Server | Physical | Multi-Tech | FaxFinder 840 |
| HHSC_TX-Health and Human Services Commission | 18471929 | Server | Physical | Multi-Tech | FaxFinder 840 |
| HHSC_TX-Health and Human Services Commission | FJC1948D0ZH | Network | Router | Cisco Systems | 3945 Series |